# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CATHLEEN V. KANE  
2804 WOODED LANE  
MCHENRY, IL  60050

SSN-xxx-xx-2654

Case Number: 07-71153

Case filed on: 5/10/2007  
Plan Confirmed on: 8/17/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,293.69

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,500.00 | 3,500.00 | 22.93 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 22.93 | 0.00 |
| 999 | CATHLEEN V. KANE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 19,479.77 | 19,148.00 | 3,061.75 | 932.20 |
| 017 | BARBARA WALTERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 19,479.77 | 19,148.00 | 3,061.75 | 932.20 |
| 001 | CAPITAL ONE AUTO FINANCE | 0.00 | 82.94 | 0.00 | 0.00 |
| 002 | EMC MORTGAGE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HOUSEHOLD FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 876.08 | 219.02 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 921.53 | 230.38 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 4,174.76 | 1,043.69 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 4,187.00 | 1,046.75 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 17,925.10 | 4,481.27 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 2,888.53 | 722.13 | 0.00 | 0.00 |
| 010 | HSBC INS SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | LTD COMMODITIES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS BANKRUPTCY SERVICE | 2,466.12 | 616.53 | 0.00 | 0.00 |
| 013 | NEWPORT NEWS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PAT & RUSSEL LAMBERT | 2,800.00 | 700.00 | 0.00 | 0.00 |
| 015 | CREDITORS BANKRUPTCY SERVICE | 4,628.57 | 1,157.14 | 0.00 | 0.00 |
| 016 | CREDITORS BANKRUPTCY SERVICE | 935.70 | 233.92 | 0.00 | 0.00 |
| 018 | CATHLEEN V KANE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 41,803.39 | 10,533.77 | 0.00 | 0.00 |
|  | Grand Total: | 64,783.16 | 33,181.77 | 3,084.68 | 932.20 |

Total Paid Claimant:     $4,016.88  
Trustee Allowance:         $276.81  
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan